IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SYLVIA ANN THOMPSON | § |
| | § |
| V. | § |
| | § CIVIL ACTION 4:17-CV-68-Y |
| NANCY A. BERRYHILL, COMMISSIONER | § |
| OF SOCIAL SECURITY | § |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On July 6, 2017, the United States magistrate judge issued his report and recommendation (doc. 17) in the above-styled and numbered cause. In that report, the magistrate judge gave all parties seven days to serve and file with the Court written objections to his report and recommendation. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court reviewed the magistrate judge's report and recommendation for plain error and found none.

Thus, after consideration of this matter, the Court concludes that the report and recommendation of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. Accordingly, the decision of the Commissioner is AFFIRMED.

SIGNED October 26, 2017.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/sbt